
RECEIVED
IN MONROE, LA
JUN 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **DENNIS BOYTE** | * | CIVIL ACTION NO. 04-1818 |
| **VERSUS** | * | JUDGE JAMES |
| **STEVE WOOTEN, ET AL** | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant First National Bank of Crossett's ("FNB") Motion for Summary Judgment (Doc. #11) be **GRANTED** as to Plaintiff Dennis Boyte's claim for breach of fiduciary duty, dismissing that claim with prejudice, and **DENIED** as to Plaintiff's claims for malfeasance, breach of contract, and detrimental reliance, and **DENIED** as to FNB's holder in due course defense.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Cross-Motion for Summary Judgment (Doc. #15) be **DENIED**.

THUS DONE AND SIGNED this 16 day of June, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION